UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

MICHELLE WILLIAMS BISHOFF  
6510 HIGHLAND OAK DRIVE  
GREENSBORO, NC  27410

CASE NO. 20-10626  
JUDGE BENJAMIN A. KAHN

DEBTOR

SSN(1) XXX-XX-1481

DATE:  04/27/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CHASE<br>P O BOX 15298<br>WILMINGTON, DE  19850-5298 | $0.00<br>INT:  .00%<br>NAME ID:  57094<br>CLAIM #:  0008 | (U) UNSECURED<br>NOT FILED<br>ACCT:  XXXX<br>COMMENT: |
| CREDIT ONE BANK<br>P O BOX 98872<br>LAS VEGAS, NV  89193-8872 | $0.00<br>INT:  .00%<br>NAME ID:  62568<br>CLAIM #:  0009 | (U) UNSECURED<br>NOT FILED<br>ACCT:  XXXX<br>COMMENT: |
| DATA MAX<br>711 COLISEUM PLAZA COURT<br>WINSTON SALEM, NC  27106 | $0.00<br>INT:  .00%<br>NAME ID:  136979<br>CLAIM #:  0010 | (U) UNSECURED<br>NOT FILED<br>ACCT:  78XX<br>COMMENT:  GUILFORD EMS |
| FIRST POINT RESOURCES<br>P O BOX 26140<br>GREENSBORO, NC  27402 | $0.00<br>INT:  .00%<br>NAME ID:  38570<br>CLAIM #:  0012 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT:  .00%<br>NAME ID:  1159<br>CLAIM #:  0015 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| GUILFORD COUNTY TAX<br>P O BOX 3138<br>GREENSBORO, NC  27402 | $0.00<br>INT:  .00%<br>NAME ID:  119336<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID:  123770<br>CLAIM #:  0002 | (P) PRIORITY<br>NOT FILED<br>ACCT:  1481<br>COMMENT: OC |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID:  9699<br>CLAIM #:  0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:  1481<br>COMMENT: OC |

PAGE 2  -  CHAPTER 13 CASE NO. 20-10626

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| NC DIVISION OF EMPLOYMENT SECURITY<br>P O BOX 25903<br>RALEIGH, NC  27611-5903 | $0.00<br>INT:  .00%<br>NAME ID:  162954<br>CLAIM #:  0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| PLEASANT RIDGE FARMS HOA<br>% PRESTIGE MANAGEMENT<br>P O BOX 9336<br>GREENSBORO, NC  27429 | MONTHLY PMT  $24.00<br>INT:  .00%<br>NAME ID:  182846<br>CLAIM #:  0007 | (X) SPECIAL-UNSECURED<br><br>ACCT:<br>COMMENT:  ASDU,CTD,EFF NOV 20 |
| PLEASANT RIDGE FARMS HOA<br>% PRESTIGE MANAGEMENT<br>P O BOX 9336<br>GREENSBORO, NC  27429 | $72.00<br>INT:  .00%<br>NAME ID:  182846<br>CLAIM #:  0017 | (X) SPECIAL-UNSECURED<br><br>ACCT:<br>COMMENT:  ASDU,AUG THRU OCT20 |
| PLEASANT RIDGE FARMS HOA<br>% PRESTIGE MANAGEMENT<br>P O BOX 9336<br>GREENSBORO, NC  27429 | $48.00<br>INT:  .00%<br>NAME ID:  182846<br>CLAIM #:  0018 | (U) UNSECURED<br><br>ACCT:<br>COMMENT:  ARR THRU JUL 20,CLASS A/B,421OR |
| PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41021<br>NORFOLK, VA  23541 | $0.00<br>INT:  .00%<br>NAME ID:  166309<br>CLAIM #:  0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SAMUEL MICHAEL WILLIAMS<br>242 ROANOKE DR<br>KILL DEVIL HILLS, NC  27948 | $0.00<br>INT:  .00%<br>NAME ID:  182928<br>CLAIM #:  0011 | (S) SECURED<br>AMENDED<br>ACCT:<br>COMMENT:  820C/WDRN |
| VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $1,398.46<br>INT:  .00%<br>NAME ID:  182990<br>CLAIM #:  0016 | (U) UNSECURED<br><br>ACCT:  3240<br>COMMENT:  CLASS A,421OR |
| WELLS FARGO HOME MORTGAGE INC<br>P O BOX 10335<br>DES MOINES, IA  50306-0335 | MONTHLY PMT  $969.33<br>INT:  .00%<br>NAME ID:  32394<br>CLAIM #:  0004 | (H) ONGOING-SECURED<br><br>ACCT:  5583<br>COMMENT:  DT,RE RP,CTD,EFF NOV 20 |
| WELLS FARGO HOME MORTGAGE INC<br>P O BOX 10335<br>DES MOINES, IA  50306-0335 | $2,907.99<br>INT:  .00%<br>NAME ID:  32394<br>CLAIM #:  0005 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT:  5583<br>COMMENT:  ARR,AUG THRU OCT 20 |
| WELLS FARGO HOME MORTGAGE INC<br>P O BOX 10335<br>DES MOINES, IA  50306-0335 | $15,320.35<br>INT:  .00%<br>NAME ID:  32394<br>CLAIM #:  0006 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT:  5583<br>COMMENT:  ARR THRU JUL 20 |
| **TOTAL:** | **$20,792.13** | |
| TOMMY S BLALOCK III ESQ<br>BLALOCK LAW OFFICES PA<br>620 GREEN VALLEY RD STE 209<br>GREENSBORO, NC  27408 | $4,275.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

    The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

    Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

    If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  04/27/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice